IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAMELA HARRIS                                                              PLAINTIFF

v.                            Case No. 4:10-cv-85-DPM

QCA HEALTH PLAN, INC.                                              DEFENDANT

## JUDGMENT

Pamela Harris's amended complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 April 2011